IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DOUGLAS A. HIRANO, | ) | CIVIL NO. 19-00355 LEK-RT |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | |
| LUCY ZHANG, DIRECTOR, RRC, | ) | |
| Defendant(s). | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 25, 2019 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the PROPOSED FINDINGS AND RECOMMENDATION TO DISMISS PETITION AND DENY CERTIFICATE OF APPEALABILITY are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 15, 2019.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge